**668**

**COMMONWEALTH of Kentucky, DEPART-MENT OF HIGHWAYS, Appellant,**

v.

**Dewey ROBERTS and Sola Roberts, wife, Appellees.**

Court of Appeals of Kentucky.

Dec. 7, 1973.

James D. Robinson, Department of Highways, Frankfort, James A. Knight, Hazelrigg & Knight, Paintsville, for appellant.

Harris S. Howard, Howard & Howard, Woodrow W. Burchett, Prestonsburg, for appellees.

Memorandum Opinion by Chief Justice PALMORE, Affirming.*

**Solly BRYANT, Appellant,**

v.

**JOHN ADAMS COAL COMPANY et al., Appellees.**

Court of Appeals of Kentucky.

Dec. 7, 1973.

Robert J. Greene, Perry & Greene, Paintsville, for appellant.

Fred G. Francis, Prestonsburg, Robert D. Hawkins, Frankfort, for appellees.

Memorandum Opinion of the Court by Commissioner CATINNA, Reversing.*

**Grace JOSEPH, Administratrix etc., et al., Appellants,**

v.

**Conrad SALYER, Administrator etc., Appellee.**

·Court of Appeals of Kentucky.

Dec. 7, 1973.

Earl R. Cooper, Salyersville, for appellants.

Marcus Mann, Salyersville, for appellee.

Memorandum Opinion of the Court by Special Commissioner THOMAS B. SPAIN, Affirming.*

**Agnes G. MILLER, Appellant,**

v.

**William G. MILLER, Appellee.**

Court of Appeals of Kentucky.

Dec. 7, 1973.

Thomas L. Hogan, Robert P. Benson, Jr., Louisville, for appellant.

James A. Hubbs, Louisville, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

* Opinion ordered not to be published.